# UNPUBLISHED

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

## No. 17-2188

_____

DJIBY NAM,

> Plaintiff - Appellant,

> v.

2012, INC., d/b/a College Park Exxon,

> Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paula Xinis, District Judge. (8:17-cv-01749-PX)

_____

Submitted: February 15, 2018                    Decided: February 16, 2018

_____

Before WILKINSON, FLOYD, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Djiby Nam, Appellant Pro Se. Charles H. Fleischer, OPPENHEIMER, FLEISCHER & QUIGGLE, PC, Bethesda, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Djiby Nam appeals the district court's order dismissing his civil action as barred by res judicata. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Nam v. 2012, Inc.*, No. 8:17-cv-01749-PX (D. Md. Sept. 25, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*